# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CASE NO. 4:19-CV-00539-SDJ-KPJ |
| | § | |
| IMMY & ASFO LLC, d/b/a OSIRIS LOUNGE, IMRAN SHEIKH, and ASFAND SULTAN, | § § § | |
| | § | |
| **Defendants.** | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 19, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #45) that Plaintiff, Joe Hand Promotions, Inc.'s Motion for Final Default Judgment Against Defendants and Supporting Brief (the "Motion") (Dkt. #32) be granted. The Magistrate Judge ordered Plaintiff to serve Defendants by certified mail. *See* Dkt. #45 at 16. On January 20, 2021, and January 26, 2021, Plaintiff filed Notices of Service (Dkts. #46, #47), indicating that the Report was sent to Defendants by certified mail. On February 19, 2021, Plaintiff filed a Notice of Green Card Receipts (Dkt. #48), demonstrating receipt of the Report by Defendants. Specifically, Immy & Asfo LLC, d/b/a Osiris Lounge / Imran Sheikh were served on February 11, 2021. *See* Dkt. #48-1 at 3. Asfand Sultan was served sometime prior to February 19, 2021. *See* Dkt. #48-1 at 1–2.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, the Motion (Dkt. #32) is **GRANTED**.

**So ORDERED and SIGNED this 24th day of March, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE